**No. 53999.**—Michaels, Stern & Co., Inc., et al. *v.* United States, protests 67835–K, etc. (New York).

Opinion by EKWALL, J. It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142). In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved.

**No. 54000.**—M. H. Garvey Company and Wm. Goodacre & Sons, Ltd. *v.* United States protests 76243–K and 50019–K (Boston).

Opinion by EKWALL, J. It was stipulated that the issue herein is the same in all material respects as that presented in *The Otto Gerdau Co.* v. *United States* (21 Cust. Ct. 24, C. D. 1120) and *Mamary Bros., Inc.* v. *United States* (id. 135, C. D. 1142). In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved.

**No. 54001.**—C. J. Osborn Co. et al. *v.* United States, protests 55756–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54002.**—Birnbaum Pressel Co. et al. *v.* United States, protests 68126–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JANUARY 31, 1950

**No. 54003.**—American Express Company et al. *v.* United States, protests 737712–G, etc. (Boston).

Opinion by LAWRENCE, J. By virtue of the decision in *T. M. Duche & Sons, Inc.* v. *United States* (36 C. C. P. A. 19, C. A. D. 391), the protests were dismissed.

**No. 54004.**—B. Altman & Co., Ltd. *v.* United States, protest 604227–G (New York).

Opinion by RAO, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protest was dismissed.